RECEIVED
SEP 08 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Gilbert G. Walks, Jr.
U.S.P. Tucson
P.O. Box 24550
Tucson, AZ 85734

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Gilbert G. Walks, Jr.<br>Plaintiff,<br><br>v.<br><br>Richard F. Cebull<br>Defendant. | Cause No. _____<br><br>Motion to proceed Informa Pauperis<br><br>COMPLAINT<br>Jury Trial Demanded<br>MISCONDUCT<br>Plaintiff request Pro-Bono |

COMES NOW, Plaintiff Mr. Gilbert G. Walks, Jr. filing for In-Forma Pauperis [enclosed] for a civil complaint with the United States District Court for the District of Montana.

COMPLAINT

Cause of Action: Misconduct

Counts: Case No. CR11-65-BLG-RFC

Paintiff's last name: Walks

Complaint submitted by persons proceeding In Forma Pauperis and complaint submitted by inmate suing a governmental entity or employee are reviewed by the court before the Defendant Richard F. Cebull, Chief United States District Judge. Defendnat is required to answer. See, 28 U.S.C. §§ 1951(e)(2), 1915(a); 42 U.S.C. § 1997(e)(c). After the court completes the review process, they will send an order explaining the findings and any further action that must be taken. The review process may take a few months; each case receives the judge's individual attention.

6. Pursuant to standing Order DWM 27, "No Prisoner may maintain more than two (2) civil actions In Forma Pauperis at one time, unless the danger of serious physical injury."
Plaintiff's last name Walks

7. The case option (page 1 of this civil case) must indicate the proper Division for filing. A Division where the alleged wrong(s) occured is a proper Division. When Plaintiff has completed his complaint, mail the original of the complaint and either the full filing fee or the motion to proceed In Forma Pauperis to the proper Division.

<u>Billings Division</u>: Clerk of U.S. District Court, 2601 Second Avenue North, James F. Battin Courthouse, Room 1200, Yellowstone County. Billings, Montana 59101.

Plaintiff's last name Walks.

## COMPLAINT

Place of confinement: U.S.P. Tuscon, P.O. Box 24550, Tucson, AZ.
A. Are You incarcerated? Yes.
B. If yes place of current incarceration. See, Above.
C If any of the incidents giving rise to this complaint occurred in a different facility, list the facility. U.S.P. Tucson.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners
   1. does any cause of action alleged in this complaint require to exhaust administrative remedies before filing in Court?
   Yes ___ No X don't know___
Plaintiff's name walks.

2

B. Prisoners If other institutions were listed. please answer for each institution listed.
  1. Is there a grievance procedure in your current institution? The answer is NO.
  2. Did, you fully exhaust the Administrative Grievance Process within the jail or prison where the incident occurred? Answer No
  3. If you did not fully exhaust the grievance process, explain why: Cause, Plaintiff is making civil lawsuit against United District Judge for misconduct under Racialism.

## PARTIES TO CURRENT LAWSUIT

A. Plaintiff Walks is a citizen of the U.S.A., Presently residing at U.S.P. Tucson, P.O. Box 24550, Tucson, AZ 85734.

Defendant Richard F. Cebull is a citizen of the state of Montana, employed as Judge, Chief U.S. District Judge in Montana.

## STATEMENT OF CLAIMS

A. Count I: State your cause of action, e.g. how have your Constitutional Rights been violated:
Racial Bias Due Process violation, 4th, 5th, 6th. 14th, Amendment violations.

Date of incident(s): 2002 and October, 2011. Also, May 4, 2012.

1. Supporting Facts: Including all facts considered important, including names of persons involved, places, and dates. State the faces clearly in your own words without citing legal arguments,

Plaintiff's Last name Walks    3

cases, or statutes.

_____

_____

_____

_____

_____

2. Defendant's Involved: List the name of each Defendnat involved in this claim and specifically describe what each Defendant did or did not do to allegedly cause your injury.

_____

_____

_____

_____

## INJURY

Describe the injuries you suffered as a result of each individual Defendant's actions. Do not cite legal arguments, cases or statutes.

_____

_____

_____

_____

_____

_____

_____

## REQUEST FOR RELIEF

Describe the relief you request. Do not cite legal arguments cases, or statutes.

4

Plaintiff's Last nane   Walks

_____

_____

_____

_____

_____

_____

## PLAINTIFF'S DECLARATION

A.  I understand I must keep the Court informed of my current mailing, and my failure to do so may result in dismissal of this Complaint without notice to me.

B.  I understand the Federal Rules of Civil Procedure prohibit litigants filing civil complaints from using certain information in documents submitted to the Court. In order to comply with these Rules. I understand that:

Social Security Numbers, tax payer identification numbers, and financial account numbers must include only the last four digits. e.g. xxx-xx-5271xx-xxxx5275, xxxxxxxx3567;

birth dates must include the year of birth only (          ); and names of persons under the age of 18 must include intials only.

If my documents, inclusing exhibits, contain any of the above listed information, I understand it is my responsibilty to black that information out before sending those documents to the Court.

<u>I understand I am responsible for protecting the privacy of this information</u>.

C.  I declare under penalty to perjury I am the Plaintiff in this Plaintiff's Last Name Walks

5

information.

D. Prisoners Only. This Complaint was deposited in the prison system for legal mail, Postage prepaid or paid by the prison on _____ Sept 3 _____,20 _14_

Executed at _United States Penitentiary Tucson_ on _S 9-3_ ,20_14_
              Location   Tuscon Arizona. (United States)   Date

                                 _____
                                 Signature of Plaintiff

Plaintiff's Last mane Walks